# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO R. URBINA,<br><br>                    Petitioner,<br><br>          v.<br><br>T. JUSINO,<br><br>                    Respondent. | CASE NO. 2:19-cv-10928-PA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED:  January 20, 2020

_____

PERCY ANDERSON
U.S. DISTRICT JUDGE